# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Western Massachusetts Lifecare Corporation          Case Number: 09-30737          Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#9  Motion of Debtor for an order Approving the Sale of substantially all assets to a Designee of Loomis Communities, Inc. or such other winning bidder free and clear

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                   Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
  ✓  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

HEARING HELD 07/28/09

PROPOSED SALE ORDER TO BE SUBMITTED BY DEBTOR'S COUNSEL.

IT IS SO NOTED:                               IT IS SO ORDERED:

                                              *Henry Jack Boroff*

_____                     _____  Dated: 07/29/2009
Courtroom Deputy                              Henry J. Boroff, U.S. Bankruptcy Judge